## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   No. 4:21-cv-376 |
| | ) |
| JANET YELLEN, in her official capacity as Secretary of the Treasury; RICHARD DELMAR, in his official capacity as acting inspector general of the Department of the Treasury; and U.S. DEPARTMENT OF THE TREASURY, | ) |
| | ) |
| *Defendants*. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER SUPPORTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 4.01 of the Local Rules of the U.S. District Court for the Eastern District of Missouri, the Chamber of Commerce of the United States of America and National Federal of Independent Business Small Business Legal Center (together, "*amici*") request leave to file a brief *amici curiae* in support of Plaintiff State of Missouri's motion for a preliminary injunction (Dkt. No. 6).  Plaintiff and Defendants have consented to this motion.

The Chamber of Commerce of the United States of America (the "Chamber") is the world's largest business federation.  It represents approximately 300,000 direct members and indirectly represents the interests of more than three million companies and professional organizations of every size, in every industry sector, and from every region of the country.  An important function of the Chamber is to represent the interests of its members in matters before Congress, the Executive Branch, and the courts.  The National Federation of Independent Business ("NFIB") is

1

the Nation's leading small business association, representing members in Washington, D.C., and all 50 state capitals.  Founded in 1943 as a nonprofit, nonpartisan organization, NFIB's mission is to promote and protect the rights of its members to own, operate, and grow their businesses.  The NFIB Small Business Legal Center ("NFIB Legal Center") is a nonprofit, public-interest law firm established to provide legal resources and be the voice for small businesses in the Nation's courts through representation on issues of public interest affecting small businesses.

To fulfill their role as a voice for the business and small business communities, the Chamber and NFIB Legal Center regularly file *amicus curiae* briefs in cases that will impact their interests, and they have recently done so in litigation involving the same issue presented by Missouri's motion for a preliminary injunction.  *See* Br. of *Amici Curiae* Chamber of Commerce of the United States of Am. & NFIB Small Bus. Legal Center, *Ohio v. Yellen*, No. 1:21-cv-181 (S.D. Ohio Apr. 9, 2021).

*Amici* and their members have a strong interest in this case, as they are concerned that the tax mandate in the American Rescue Plan Act will prevent States from exercising their sovereign authority to tailor and implement their own tax policies, including those directly affecting businesses.  Many States are considering or have recently passed legislation that promotes economic recovery by easing tax burdens on businesses of all kinds, including, especially, small businesses harmed by the COVID-19 pandemic.  These policies and others may be stymied by the tax mandate's prohibition on the use of federal funds to offset any decrease in a State's tax revenue.  Because the implications of the tax mandate for American businesses are severe, *amici* seek to represent the interests of their members in this Court with the attached brief.  *Amici* believe that the analysis presented in their brief provides important context on the lack of constitutional

authority for the tax mandate, as well as the expected practical effects of this provision on businesses across the Nation.

For the foregoing reasons, *amici* respectfully request that this Court grant leave for the filing of the accompanying *amici curiae* brief.

Respectfully submitted,

<div style="display:flex; justify-content:space-between;">

<div>

DARYL JOSEFFER #457185DC
PAUL LETTOW #502440DC
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062
(202) 463-5337

KAREN HARNED #456803DC
ROB SMITH #84259MI
NFIB SMALL BUSINESS LEGAL CENTER
1201 F Street NW #200
Washington, DC 20004
(202) 314-2061

April 15, 2021

</div>

<div>

s/Paul D. Clement
PAUL D. CLEMENT, #37915VA
ERIN E. MURPHY, #995953DC
KASDIN M. MITCHELL, #1602380DC
LAURA E. WOLK, #1643193DC
ELIZABETH HEDGES, #1657707DC
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000

</div>

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


s/Paul D. Clement
Paul D. Clement