AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri ▼

| | | |
|---|---|---|
| State of Missouri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:21-cv-00376-HEA |
| Janet Yellen | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Janet Yellen, Richard Delmar, and U.S. Department of the Treasury                                                      .

Date:        04/30/2021

/s/ Brian D. Netter
*Attorney's signature*

Brian D. Netter (D.C. Bar No. 979362)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

Brian.Netter@usdoj.gov
*E-mail address*

(202) 514-2000
*Telephone number*

*FAX number*